**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   11-cr-00488-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERTO DIAZ-REYES,

    Defendant.

---

## ORDER
---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Chief United States District Judge, on May 15, 2012, it is hereby

    ORDERED that Defendant Roberto Diaz-Reyes is sentenced to TIME SERVED.

    Dated:  May 15, 2012.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE